UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SIBEL SHIPPING LTD.,

                            Plaintiff,                  07 CV

-v-

                                             **STATEMENT PURSUANT**
                                             **TO F.R.C.P 7.1**



KULBERG FINANCES INC.,
AGROSERVICE LTD., UKRAGROIMPEX LTD.,
and INTERBULK TRADE LLC.

                            Defendants..

-------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, SIBEL SHIPPING LTD., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
        December 13, 2007

                                                  CHALOS, O'CONNOR & DUFFY, L.L.P.
                                                  Attorneys for Plaintiff
                                                  SIBEL SHIPPING LTD.

                        By:      _____
                                        George M. Chalos (GC-8693)
                                        366 Main Street
                                        Port Washington, New York 11050
                                        Tel: (516) 767-3600
                                        Fax: (516) 767-3605
                                        Email: gmc@codus-law.com