Michael O. Hardison
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910
mhardison@evw.com

UNITED STATES DISTRICT COURT
-----------------------------------------------------------------x
SIBEL SHIPPING LTD.,

                    Plaintiff,                  07 Civ. 11216 (LAK)
                                                 ECF CASE

   -against-

KULBERG FINANCES INC.,                        **NOTICE**
AGROSERVICE LTD., UKRAGROIMPEX LTD.,        **OF**
and INTERBULK TRADE LLC,                 **RESTRICTED APPEARANCE**

                    Defendants.
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that Michael O. Hardison, Esq., Eaton & Van Winkle LLP, 3 Park Avenue, New York, New York 10016-2078, pursuant to the provisions of Rule E(8) of the Supplemental Rules for Certain Admiralty or Maritime Claims, hereby enters a restricted appearance in this action on behalf of Defendant Interbulk Trade LLC and requests that all pleadings, papers and documents to be served on Defendant Interbulk Trade LLC be served upon its undersigned counsel of record.

Dated: New York, New York
January 8, 2008

                              EATON & VAN WINKLE LLP

By:   /s/ Michael O. Hardison
        Michael O. Hardison

3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

Attorneys for Defendant
Interbulk Trade LLC