```
┌─────────────────────────────┐
│ USDS SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____         │
│ DATE FILED: 1/22/08          │
└─────────────────────────────┘
```

Michael O. Hardison
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910
mhardison@evw.com

UNITED STATES DISTRICT COURT
----------------------------------------------------------------x
SIBEL SHIPPING LTD.,

                        Plaintiff,                    07 Civ. 11216 (LAK)
                                                      ECF CASE
        -against-

KULBERG FINANCES INC.,                        **STIPULATION AND ORDER**
AGROSERVICE LTD., UKRAGROIMPEX LTD.,          **OF DISMISSAL**
and INTERBULK TRADE LLC,

                        Defendants.
----------------------------------------------------------------x

        WHEREAS, on or about December 13, 2007, Plaintiff Sibel Shipping, Ltd.
commenced the captioned action; and

        WHEREAS, on or about the same day, the Court signed an Order For Issuance of
Process Of Maritime Attachment And Garnishment which the Clerk of the Court duly issued
against Defendants Kulberg Finances Inc., Agroservice Ltd., Ukragroimpex Ltd. and
Interbulk Trade LLC; and

        WHEREAS, the Process Of Maritime Attachment And Garnishment was served on
various garnishee banks including The Bank of New York; and

        WHEREAS, The Bank of New York then restrained assets of Defendant Kulberg
Finances Inc. in the amount of $142,500.00, which is the full amount permitted to be attached

under the terms of the Order For Issuance Of Process Of Maritime Attachment And Garnishment; it is

ORDERED, that the Process Of Maritime Attachment And Garnishment be and the same hereby is vacated as to Defendant Interbulk Trade LLC; and it is further

ORDERED, that the Order For Issuance Of Maritime Attachment And Garnishment be and the same hereby is vacated as to Defendant Interbulk Trade LLC; and it is further

ORDERED, that the captioned action be and the same hereby is discontinued as to Defendant Interbulk Trade LLC without prejudice and without costs to either Plaintiff Sibel Shipping LTD. or Defendant Interbulk Trade LLC.

Dated: New York, New York
      January 16, 2008

EATON & VAN WINKLE LLP

By: _____
      Michael O. Hardison

3 Park Avenue
New York, New York 10016
(212) 779-9910

Attorneys For Defendant
Interbulk Trade LLC

-2-

CHALOS, O'CONNOR & DUFFY,
LLP

By:

George M. Chalos

366 Main Street
Port Washington, New York 11050
(516) 767-3600

Attorneys For Plaintiff
Sibel Shipping Ltd.

SO ORDERED:

U.S.D.J.

-3-