UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SIBEL SHIPPING LTD.,

                                       Plaintiff,              07 CV 11216 (LAK)

-v-

                                                             **ORDER SETTING
                                                             BRIEFING SCHEDULE**

KULBERG FINANCES INC., AGROSERVICE LTD.,
UKRAGROIMPEX LTD., and INTERBULK TRADE
LLC,

                                        Defendants.
-------------------------------------------------------------X

       Upon application and agreement of counsel for the parties, it is **ORDERED** that the following briefing schedule be set in this matter:

       1.     Plaintiff's Opposition to Defendant's, KULBERG FINANCES INC.'s, Motion to Vacate and/or For Countersecurity shall be submitted by 5 p.m. June 23, 2008;

       2.     Defendant's, KULBERG FINANCES INC.'s, Reply to Plaintiff's Opposition shall be submitted by 5 p.m. June 30, 2008;

       3.     ~~That a hearing shall be held before this Honorable Court on~~ _____

Dated: New York, New York
       June __, 2008                    SO ORDERED:

                                                       Hon. Lewis A. Kaplan
                                                       U. S. D. J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____