UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
SIBEL SHIPPING LTD.,

       Plaintiff,      07 CV 11216 (LAK)

-v-

KULBERG FINANCES, INC. AGROSERVICE
LTD., UKRAGROIMPEX LTD., and
INTERBULK TRADE LLC

       Defendants.
-------------------------------------------------------x

### NOTICE OF CHANGE OF FIRM AFFILIATION & ADDRESS

 **PLEASE TAKE NOTICE** that counsel for Plaintiff, SIBEL SHIPPING LTD, formerly a Member of the firm, Chalos, O¢Connor & Duffy, LLP, has changed his firm affiliation and address, and provides the Court and all counsel of record with the following updated contact details:

    Chalos & Co, P.C.
    123 South Street
    Oyster Bay, NY 11771
    Tel:  + 1 516 714 4300
    Fax:  +1 866 702 4577
    Email:  gmc@chaloslaw.com

 The new email address for the undersigned is gmc@chaloslaw.com.

Dated: Oyster Bay, New York  Respectfully submitted,
   June 20, 2008

          s/George M. Chalos
          CHALOS & CO, P.C.
          123 South Street
          Oyster Bay, NY 11771
          Ph:  516-714 4300
          Fax:  866-702-4577
          Email: gmc@chaloslaw.com