UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SIBEL SHIPPING LTD.,

                Plaintiff,

   -v-

KULBERG FINANCES, INC., AGROSERVICE
LTD., UKRAGROIMPEX LTD., and
INTERBULK TRADE LLC,

               Defendants.
------------------------------------------------------------X

07 CV 11216 (LAK)

**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the undersigned parties, that the time for defendant KULBERG FINANCES, INC. to file a Reply to Plaintiff's Affirmation and Memorandum of Law in Opposition be extended to 5:00 p.m. on July 7, 2008.

Dated: New York, New York
       June 26, 2008

_____
Peter Skoufalos, Esq.
BROWN GAVALAS & FROMM LLP
Attorneys for Defendant
KULBERG FINANCES, INC.
355 Lexington Avenue
New York, New York 10017
(212) 983-8500
(212) 983-5946

_____
George M. Chalos, Esq.
Chalos & Co. P.C.
Attorneys for Plaintiff
SIBEL SHIPPING LTD.
123 South Street
Oyster Bay, New York 11771
(516) 714-4300
(866) 702-4577

SO ORDERED:

_____
Hon. Lewis A. Kaplan
U.S.D.J.

7/1/08